United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANOJ KUMAR, et al.,<br><br>Defendants. | Case No. 15-CV-05780-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney:  Christina Goebelsmann
Defendants' Attorney:  William Pierce (specially appearing on behalf of Blake Lindemann)

An initial case management conference was held on April 20, 2016.  A further case management conference is set for July 27, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by July 20, 2016.

Defendants shall serve their initial disclosures by April 27, 2016.

The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Last Day to Amend the Pleadings/Add Parties | May 20, 2016 |
| Opening Expert Reports | September 2, 2016 |
| Rebuttal Expert Reports | September 16, 2016 |

1

Case No. 15-CV-05780-LHK
CASE MANAGEMENT ORDER

| Close of Fact and Expert Discovery | September 30, 2016 |
|---|---|
| Last Day to File Dispositive Motions (one per side in the entire case) | November 2, 2016 |
| Hearing on Dispositive Motions | December 22, 2016, at 1:30 p.m. |
| Final Pretrial Conference | February 9, 2017, at 1:30 p.m. |
| Jury Trial | February 27, 2017, at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated:  April 20, 2016

_____
LUCY H. KOH
United States District Judge

Case No. 15-CV-05780-LHK
CASE MANAGEMENT ORDER

United States District Court
Northern District of California

2