UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. 15-CV-05780-LHK |
|---|---|
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| MANOJ KUMAR, et al., | |
| Defendants. | |

The case management conference, currently set for July 27, 2016, at 2:00 p.m., is hereby CONTINUED to November 9, 2016, at 2:00 p.m. Any discovery disputes shall be raised before U.S. Magistrate Judge Nathanael Cousins. The Court will not stay or continue the September 30, 2016 fact and expert discovery cutoff.

The case schedule remains as set. For the convenience of the parties, the case schedule is set forth below.

| Scheduled Event | Date |
|---|---|
| Opening Expert Reports | September 2, 2016 |
| Rebuttal Expert Reports | September 16, 2016 |

1

Case No. 15-CV-05780-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

| Close of Fact and Expert Discovery | September 30, 2016 |
|---|---|
| Last Day to File Dispositive Motions (one per side in the entire case) | November 2, 2016 |
| Hearing on Dispositive Motions | December 22, 2016, at 1:30 p.m. |
| Final Pretrial Conference | February 9, 2017, at 1:30 p.m. |
| Jury Trial | February 27, 2017, at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: July 20, 2016

_____
LUCY H. KOH
United States District Judge