UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MANOJ KUMAR, et al.,<br><br>　　　　　Defendants. | Case No. 15-CV-05780-LHK<br><br>**ORDER RELATING CASES**<br><br>Re: Dkt. No. 54 |

On April 17, 2017, the United States filed a motion to relate the case *United States v. Kumar*, Case No. 5:17-CV-1853-NC, filed April 3, 2017, to the instant case, *United States v. Kumar*, Case No. 5:15-CV-05780-LHK, filed December 15, 2017. The Court finds that the actions "concern substantially the same parties, property, transaction or event" and it is "likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil. L.R. 3-12(a).

*United States v. Kumar*, Case No. 5:15-CV-05780-LHK, is the first-filed case and thus has the lowest case number. Under Civil L.R. 3-12(f)(3), "[i]f any Judge decides that any of the cases are related, . . . the Clerk shall reassign all related higher-numbered cases to that Judge." Accordingly, the Clerk shall relate the later-filed case, *United States v. Kumar*, Case No. 5:17-CV-

1

Case No. 15-CV-05780-LHK
ORDER RELATING CASES

1853-NC, to the first-filed case, *United States v. Kumar*, Case No. 5:15-CV-05780-LHK.

**IT IS SO ORDERED.**

Dated: April 17, 2017

_____
LUCY H. KOH
United States District Judge